IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.    12-cv-00765-WYD-CBS

MARY YOUNG,

    Plaintiff,

v.

CCB CREDIT SERVICES, INC., a Illinois corporation,

    Defendant.

---

### ORDER DISMISSING CASE WITH PREJUDICE

This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice [ECF No. 10], filed June 8, 2012.   After carefully reviewing the above-captioned case, I find that the unopposed motion should be granted and this case should be dismissed with prejudice pursuant to Fed. R. Civ. 41(a).   Accordingly, it is

ORDERED that the parties' Stipulation of Dismissal with Prejudice [ECF No. 10], filed June 8, 2012, is **AFFIRMED**.   In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees and costs.

Dated:   June 11, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE